UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 21-cv-04617

HOWARD COHAN,

    Plaintiff,

vs.                                                    INJUNCTIVE RELIEF SOUGHT

NATH COMPANIES INC, d/b/a
DOUBLETREE BY HILTON HOTEL         Honorable Martha M. Pacold
CHICAGO O'HARE AIRPORT - ROSEMONT,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO VACATE ALL DEADLINES

    The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement terms and an agreement, and Plaintiff will ultimately file a dismissal with the Court. The Plaintiff intends to file the dismissal as soon as practicable, but respectfully requests that he be given 30 days to file said dismissal. Accordingly, the parties respectfully request that the Court strike the June 28, 2022 deadline for the parties to file a Joint Status Report and the July 1, 2022 deadline for the Defendant to file its Answer or otherwise respond the complaint, per the May 27, 2022 (ECF 15).

Dated this 25th day of January, 2022.

| | |
|---|---|
| **Law Offices of Robert M. Kaplan, P.C.** | Cremer Law LLC |
| Counsel for the Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., Suite 204 | 1 North Franklin, Suite 900 |
| Schaumburg, IL 60194 | Chicago, IL 60606 |
| Tel: (847) 895-9151 | Tel: (312) 980-3018 |
| | |
| By: /s/ Robert M. Kaplan | By: /s/ John P. Lynch |
| Robert M. Kaplan, Esq. | John P. Lynch, Esq. |
| IL Bar No.: 6206215 | IL Bar No.:_____ |
| rmkap@robertkaplanlaw.com | jlynch@cremerlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

F:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.167.Dbltree by Hilton\Notice of Settlement. 06 28 22.docx