UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.:    21-cv-04617

HOWARD COHAN,

    Plaintiff,

vs.                                       INJUNCTIVE RELIEF SOUGHT

NATH COMPANIES INC, d/b/a
DOUBLETREE BY HILTON HOTEL        Honorable Martha M. Pacold
CHICAGO O'HARE AIRPORT - ROSEMONT,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Nath Companies, Inc. dba Doubletree by Hilton Hotel Chicago O'Hare Airport-Rosemont ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order"). Jointly submitted this 26 day of July, 2022.


Respectfully submitted,

**Law Offices of Robert M. Kaplan, P.C.**      Cremer Law LLC
Counsel for the Plaintiff                  Counsel for Defendant
1535 W. Schaumburg Rd., Suite 204     1 North Franklin, Suite 900
Schaumburg, IL 60194                Chicago, IL 60606
Tel:   (847) 895-9151              Tel:   (312) 980-3018
Fax:   (847) 895-7320

By: /s/ Robert M. Kaplan            By: /s/ John P. Lynch
Robert M. Kaplan, Esq.              John P. Lynch, Esq.
IL Bar No.: 6206215                IL Bar No.:_____
rmkap@robertkaplanlaw.com        jlynch@cremerlaw.com

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 26, 2022, he caused the foregoing

**JOINT STIPULATION TO DISMISS** to be filed with the Clerk of the Court via the Court's

electronic case filing/ecf system, which will serve a true and correct copy of the same upon counsel

of record via electronic mail/notice of filing:

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

F:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.167.Dbltree by Hilton\Joint Dimissal. 07 22 22.docx